JUDGE LYNCH

FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
MARS SNACKFOOD US LLC                              :     Case No. 08 (CV) _____

           Plaintiff,                                         :

          v.                                                       :
CERES COMMODITIES GROUP                        :     **Rule 7.1 Statement**

           Defendant.                                      :
------------------------------------------------------------ X

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mars Snackfood US LLC (a private non-governmental party) certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Date:    June 9, 2008                                        GREENBERG TRAURIG, LLP

                                                                          By: _____
                                                                          David J. Stone (DS-0232)
                                                                          MetLife Building
                                                                           200 Park Avenue
                                                                           New York, New York 10166
                                                                           (T) (212) 801-9200
                                                                           (F) (212) 801-6400
                                                                           Email: Dstone@gtlaw.com

                                                                           and

                                                                          Steven M. Schneebaum
                                                                          GREENBERG TRAURIG LLP
                                                                          2101 L Street, N.W.
                                                                          Washington, D.C. 20037
                                                                          (T) (202) 530-8544
                                                                          Email: schneebaums@gtlaw.com

WDC 371,633,885v1 6/9/2008