United States District Court
Southern District of New York

---

Mars Snackfood US, LLC,

                                      Plaintiff(s)

                -against-

Ceres Commodities Group, LLC,

                                      Defendant(s)

**AFFIDAVIT OF SERVICE**
Case No. 08 Civ. 5265

---

State of New York )
                     ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on June 10, 2008 at approximately 1:30 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law, Civil Cover Sheet, Summons in a Civil Action, Complaint for Breach of Contract, Rule 7.1 Statement, Individual Practices in Civil Cases Gerard E. Lynch, United States District Judge dated September 13, 2006 and Individual Practices of Judge Francis dated October 10, 2007, that the party served was Ceres Commodities Group LLC, a foreign limited liability company, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                       _Mary M. Bonville_
                                                                       Mary M. Bonville

Sworn to before me this 10th day of June, 2008

_Ruth A. Dennehey_
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

State of New York    Department of State
Receipt for Service

Receipt #:  200806110131                                    Cash #: 200806110087
Date of Service:  06/10/2008                                Fee Paid: $40 - DRAWDOWN
Service Company:  08 COLBY ATTORNEYS SERVICE COMPANY - 08

Service was directed to be made pursuant to:  SECTION 303 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served:  CERES COMMODITIES GROUP LLC


Plaintiff/Petitioner:
        MARS SNACKFOOD US, LLC



Service of Process Address:
CERES COMMODITIES GROUP LLC
ATTN: CHIEF EXECUTIVE OFFICER
420 MADISON AVE, STE 1001
NEW YORK, NY 10017

                                                    Secretary of State
                                                    By  CAROL VOGT