COURTESY COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARS SNACKFOOD US, LLC

      Plaintiff,

      v.

CERES COMMODITIES GROUP, LLC

      Defendant.

08 Civ. 5265 (GEL)

ORDER TO SHOW CAUSE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08
```

Upon the attached Affidavit of David J. Stone, and upon all prior pleadings and proceedings, and sufficient cause having been alleged therefore, it is hereby

ORDERED that Defendant show cause before this Court at the United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, Courtroom 6B, on the 27th day of August, 2008, at 3 pm, or as soon thereafter as counsel may be heard, why an order should not be made entering a default judgment against Defendant, and granting such other and further relief as the Court deems just and proper, and it is further

ORDERED that service by overnight delivery of a copy of this Order, together with a copy of all papers upon which it is granted, upon Defendants, on or before the 21st day of August 2008 shall be deemed good and sufficient service.

Dated: New York, New York
      August 15, 2008

_____
United States District Judge