Masterfoods USA
A Mars, Incorporated Company
800 High Street
Hackettstown, NJ 07480
USA
Phone: (908) 852-1000  Fax: (908) 850-7523

# Invoice

CERES COMMODITIES GROUP
Attn: ROLAND SANCHEZ

420 MADISON AVE.
NEW YORK, NY 10017

Shipped:
CERES COMMODITIES GROUP

420 MADISON AVE.
NEW YORK, NY 10017

Invoice Number: 44
Invoice Date: 8/8/2007
P.O. Number:
Order Date: 5/7/2007

Terms:

Contact Name: ROLAND SANCHEZ
Phone Number: (212) 549-3299
Fax Number: (212) 980-3537

Ship Date: 5/7/2007

Ship Via

| Product Line Total | Description | Quantity in | MTs | Unit Price | MTs |
|---|---|---|---|---|---|
| C.B.HISPANOLA | 2381 | 12.357 | | $4,525.0000 MT | $55,915.43 |
| | Total Quantity | 12.357 MTs | Subtotal | | $55,915.42 |
| | | | Freight Charge | | $0.00 |
| | | | Sales Tax | | $0.00 |
| | | | Order Total | | $55,915.42 |
| | | | Total Payments | | |
| | | | Total Due | | $55,915.42 |

Attn: /

## Thank you for placing your order with us!

**Masterfoods USA**
A Mars, Incorporated Company
800 High Street
Hackettstown, NJ 07480
USA
Phone: (908) 852-1000 Fax: (908) 850-7523

# Invoice

| | |
|---|---|
| CERES COMMODITIES GROUP | |
| Attn: ROLAND SANCHEZ | |
| | |
| 420 MADISON AVE. | |
| NEW YORK, NY 10017 | |

| | |
|---|---|
| Invoice | 68 |
| Invoice | 1/14/2008 |
| P.O. | |
| Order | 6/27/2007 |
| Terms: | |

Shipped:
CERES COMMODITIES GROUP

420 MADISON AVE.
NEW YORK, NY 10017

| | |
|---|---|
| Contact Name | ROLAND SANCHEZ |
| Phone | (212) 549-3299 |
| Fax Number: | (212) 980-3537 |
| Ship | |
| Ship Via | |

| Product Line Total | Descriptio | | Quantity in | MTs | Unit | MTs |
|---|---|---|---|---|---|---|
| C.B. SANCHEZ | 2389 | | 97.760 | $2,275.0000 | MT | $222,404.00 |
| | | Total | 97.760 MTs | Subtotal | | $222,404.00 |
| | | | | Freight | | $0.00 |
| | | | | Sales Tax | | $0.00 |
| Attn: / | | | | Order Total | | $222,404.00 |
| | | | | Total Payments | | |
| | | | | Total Due | | $222,404.00 |

**Masterfoods USA**
A Mars, Incorporated Company
800 High Street
Hackettstown, NJ 07480
USA
Phone: (908) 852-1000  Fax: (908) 850-7523

# Invoice

CERES COMMODITIES GROUP
Attn:  ROLAND SANCHEZ

420 MADISON AVE.
NEW YORK, NY  10017

Shipped:
CERES COMMODITIES GROUP

420 MADISON AVE.
NEW YORK, NY  10017

| | |
|---|---|
| Invoice Number | 121Final |
| Invoice Date | 11/6/2007 |
| P.O. Number | |
| Order Date | 10/31/2007 |
| Terms: | |
| Contact Name | ROLAND SANCHEZ |
| Phone Number: | (212) 549-3299 |
| Fax Number: | (212) 980-3537 |
| Ship Date | |
| Ship Via | |

| Product Line Total | Description | | Quantity in | MTs | Unit Price | MTs |
|---|---|---|---|---|---|---|
| C.B. HAITI | Delivery order # 2424 | | 77.12 | | $2,160.0000  MT | $166,583.52 |
| | | Total Quantity | 79.920 MTs | | Subtotal | 166,583.52 |
| | | | | | Freight Charge | $0.00 |
| | | | | | Sales Tax | $0.00 |
| | | | | | Order Total | 166,583.52 |
| | | | | | Total Payments | |
| | | | | | Total Due | 166,583.52 |

Page 1 of 1