<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

      I, PATRICIA HOLLAND, being sworn, says:

1.    I am over 18 years of age, am not a party to the action and my business address is 200 Park Avenue, New York, New York 10166.

2.    On the 18th day of August, 2008 I served MARS SNACKFOOD US, LLC'S ORDER TO SHOW CAUSE with supporting documents by depositing a true copy thereof enclosed in a Federal Express envelope, for overnight delivery, prior to the latest time designated by Federal Express for overnight delivery. The envelope was addressed as follows:

> Roland G. Sanchez
> Chief Executive Officer
> Ceres Commodities Group LLC
> 420 Madison Avenue, Suite 1001
> New York, New York  10017

3.    I certify under penalty of perjury that the foregoing is true and correct.

                                        */s/ Patricia Holland*
                                        Patricia Holland

Sworn to before me this
18th day of August, 2008

_____
Notary Public
NY 239,100,951v1

        MYRA BACHMANN
  NOTARY PUBLIC, State of New York
        No. 03-4700387
    Qualified in Bronx County
Commission Expires August 31, 20__