UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

MARS SNACKFOOD US, LLC,

                <u>Plaintiff</u>,

-against-

CERES COMMODITIES GROUP, LLC,

                <u>Defendant</u>.

------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08
```

08 Civ. 5265 (GEL)

**ORDER**

GERARD E. LYNCH, <u>District Judge</u>:

      On August 27, 2008, counsel for plaintiff Mars Snackfoods US, LLC and the Chief Executive Officer of defendant Ceres Commodities Group, LLC attended an Order to Show Cause Hearing for Default Judgment before the Court. Pursuant to the parties' representations at that hearing, it is hereby ORDERED that:

1.     The hearing on the Order to Show Cause for a Default Judgment has been adjourned to September 12, 2008, at 10 a.m. If defendant has not filed a response by that time, the Court will enter default judgment against defendant.

2.     If defendant does respond to the complaint before September 12, 2008, and the case has not been settled or otherwise resolved, the parties shall appear before the Court for a conference at 10 a.m. on that date.

SO ORDERED.

Dated: New York, New York
       August 28, 2008

                                                       _____
                                                          GERARD E. LYNCH
                                                      United States District Judge